**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2265**

VICTOR A. MOTLEY,

Plaintiff - Appellant,

versus

VIRGINIA STATE BAR; SUPREME COURT OF VIRGINIA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.   (CA-05-427)

Submitted:  April 7, 2006          Decided:  April 25, 2006

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victor A. Motley, Appellant Pro Se.  Peter Robert Messitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor A. Motley appeals the district court's order dismissing this action under the Rooker-Feldman doctrine.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Motley v. Virginia State Bar, No. CA-05-427 (E.D. Va. Sept. 22, 2005). We also deny Motley's motion to recuse. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

[*]See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413 (1923).